IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


| | | |
|---|---|---|
| BOBBY R. CULLERS, | : | |
| Plaintiff, | : | |
| | | Case No. 3:09CV0064 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| MICHAEL J. ASTRUE, | : | Magistrate Judge Sharon L. Ovington |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #9), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

IT THEREFORE IS **ORDERED** THAT:

1. The Report and Recommendations filed on February 2, 2010 (Doc. #9) is ADOPTED in full;

1. The Commissioner's non-disability finding is VACATED;

2. No finding is made as to whether Plaintiff Bobby R. Cullers was under a "disability" within the meaning of the Social Security Act;

3. This case is REMANDED to the Commissioner and the Administrative Law Judge under Sentence Four of 42 U.S.C. § 405(g) for further consideration consistent with the Report and Recommendations; and

4. The case is TERMINATED on the docket of this Court.

February 23, 2010         *s/THOMAS M. ROSE*

                                  Thomas M. Rose
                            United States District Judge