# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BOBBY CULLERS, | : | |
| Plaintiff, | : | |
| | | Case No. 3:09cv00064 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

# DECISION AND ENTRY

This case is before the Court upon the Motion for Allowance of Attorney Fees (Doc. #15) filed by Plaintiff's attorney. The Commissioner has neither responded to nor opposed the Motion, and the time for filing a Memorandum in Opposition has expired. *See* S.D. Ohio Civ. R. 7.2(a)(2).

The Motion seeks an award of attorney fees under 42 U.S.C. § 406(b)(1) in the total amount of $13,699.25. In the absence of a response or opposition by the Commissioner, the Motion and supporting Exhibits establish that an award of attorney fees is warranted under 42 U.S.C. § 406(b)(1) in the amount the Motion seeks.

Accordingly, the Court hereby **ORDERS** that:

1. The Motion for Allowance of Attorney Fees (Doc. #15) is GRANTED;

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to 42 U.S.C. § 406(b)(1) in the amount of $13,699.25; and

3. The case remains terminated on the docket of this Court.

December 2, 2013                             *s/Thomas M. Rose

                                    Thomas M. Rose
                                    United States District Judge